# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA JO TUCKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 8:24-cv-01751-SHK<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,809.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 2/26/2025

_____
THE HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 | /s/ *Lawrence D. Rohlfing*

BY: _____

4 | Lawrence D. Rohlfing
Attorney for plaintiff Katrina Jo Tucker

7 | 3

-2-